# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|                                        |              |                        |
|----------------------------------------|--------------|------------------------|
| **TAMARA WEBSTER,**                    | )            |                        |
|                                   **Plaintiff,** | )    |                        |
|                                        | )            |                        |
| **vs.**                                | )            | **Case No. 09-4005-JAR** |
|                                        | )            |                        |
| **MICHAEL J. ASTRUE,**                 | )            |                        |
| **COMMISSIONER OF**                    | )            |                        |
| **SOCIAL SECURITY,**                   | )            |                        |
|                                   **Defendant.** | )    |                        |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Gerald B. Cohn, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the December 8, 2009 Report and Recommendation (Doc. 19).

**IT IS SO ORDERED**.

Dated:  December 23, 2009

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE